**262**

■

**SUN COMPANY, INC.,**
**Plaintiff–Respondent,**

v.

**MD ENTERPRISES, INC.,**
**Defendant–Appellant.**

**No. 56257.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 12, 1989.

James D. Tucker, Springfield, for defendant-appellant.

Alan E. Popkin, Jeffrey N. Klar, Thomas J. Degroot, St. Louis, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals from the denial of its motion to increase an injunction bond. Because no error of law appears and an opinion would have no precedential value, we affirm pursuant to Rule 84.16(b).

■

**Raymond L. DOUGLAS,**
**Movant–Appellant,**

v.

**STATE of Missouri,**
**Respondent–Respondent.**

**No. 56330.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 12, 1989.

Steven E. Jordon, Farmington, for defendant-appellant.

William L. Webster, Atty. Gen., Melissa Manda, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his rule 24.035 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).